

# NUMBER 13-13-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE LANDRY,                                    **Appellant,**

**v.**

VENTURA GOBELLAN JR.,                   **Appellee.**

## On appeal from the 24th District Court
## of Jackson County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Joe Landry, filed an appeal from a judgment rendered against him in favor of appellee, Ventura Gobellan Jr.. On August 5, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on August 1, 2013, and that the deputy district clerk, Sharon Mathis, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of

this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On July 23, 2013, and August 5, 2013, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of the letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filled the
5th day of September, 2013.

2